UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 13-1787 JGB (DTBx)** | Date | March 13, 2014 |
|---|---|---|---|
| Title | *Farmer Boys Food Inc., et al. v. Chipotle Mexican Grill Inc.* | | |

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:**   **ORDER To Show Cause re: Dismissal for Lack of Prosecution (IN CHAMBERS)**

     Plaintiffs are ORDERED to show cause why this case should not be dismissed, for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).

     Plaintiffs Farmer Boys Food Inc. and Andrews' Sons Inc. filed the Complaint on October 2, 2013.  (Doc. No. 1.)  Plaintiffs have failed to file proofs of service on Defendant Chipotle Mexican Grill Inc. within 120 days of the filing of the Complaint.  Plaintiffs can satisfy this order by showing that service was effectuated on Defendant within the 120 day deadline or by showing good cause for failure to do so.  Fed. R. Civ. P. 4(m).

     Plaintiffs must respond to this order by **March 31, 2014**.  Failure to respond to this Order will be deemed consent to the dismissal of the Complaint.

     **IT IS SO ORDERED.**